# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES - GENERAL

| Case No.: | CV 12-02826-PSG-MRWx | Date: | April 23, 2013 |
|---|---|---|---|
| Title: | Massachusetts Mutual Life Insurance Company v. Lusina Yaralian et al | | |

| Present: The Honorable: | Philip S. Gutierrez, United States District Judge | |
|---|---|---|
| Wendy K. Hernandez | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

Proceedings (In Chambers):   **ORDER TO SHOW CAUSE RE: DISMISSAL**

On March 15, 2013, Plaintiff filed a Notice of Settlement advising the Court that a stipulated dismissal would be filed within 30 days or less. However, as of today, no paperwork has been filed.

Accordingly, Plaintiff is ordered to show cause in writing on or before **May 1, 2013** why this action should not be dismissed for lack of prosecution.

The Court will consider the filing of a stipulation and proposed order for the dismissal of the entire action, on or before the above date, as an appropriate response to this Order to Show Cause. Failure to respond in writing, may result in the dismissal of the entire action.

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument will not be heard in this matter unless so ordered by the Court.

A mandatory chambers copy shall be delivered to Courtroom 880, and shall include either the e-filed header or the Notice of Electronic Filing (NEF). Failure to comply may result in monetary sanctions and/or the document to be stricken from the record.

| | Initials of Preparer | wkh |
|---|---|---|