Martin E. Rosen (108998), mrosen@bargerwolen.com
Ophir Johna (228193), ojohna@bargerwolen.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

E-FILED 05/21/13

JS-6

Attorneys for Plaintiff Massachusetts
Mutual Life Insurance Company

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY, a
Massachusetts corporation,

        Plaintiff,

        vs.

LUSINA YARALIAN, an individual;
NEW PARIS FINE FRAGRANCES,
INC., a California corporation,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 12-2826 PSG (MRWx)

~~PROPOSED~~] ORDER ON
STIPULATION RE DISMISSAL OF
ACTION WITH PREJUDICE

[FRCP 41(a)]

[Stipulation filed concurrently]

1       Pursuant to the stipulation of the parties, the above-entitled action is hereby

2 dismissed with prejudice in its entirety.  Each party shall bear her or its own

3 attorneys' fees and costs.

4

5 IT IS SO ORDERED.

6

7 Dated: _____5/21/13_____

                                       PHILIP S. GUTIERREZ

                                     HONORABLE PHILIP S. GUTIERREZ
                                     United States District Judge