1 Martin E. Rosen (108998), mrosen@bargerwolen.com
Ophir Johna (228193), ojohna@bargerwolen.com
2 BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
3 Los Angeles, California 90071          E-FILED 05/21/13
Telephone: (213) 680-2800
4 Facsimile: (213) 614-7399              JS-6

6 Attorneys for Plaintiff Massachusetts
Mutual Life Insurance Company

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, a Massachusetts corporation, | Case No. CV 12-2826 PSG (MRWx) |
| Plaintiff, | P~~ROPOSE~~D] ORDER ON STIPULATION RE DISMISSAL OF ACTION WITH PREJUDICE |
| vs. | |
| LUSINA YARALIAN, an individual; NEW PARIS FINE FRAGRANCES, INC., a California corporation, | [FRCP 41(a)] |
| Defendants. | [Stipulation filed concurrently] |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

1  Pursuant to the stipulation of the parties, the above-entitled action is hereby
2  dismissed with prejudice in its entirety. Each party shall bear her or its own
3  attorneys' fees and costs.

5  IT IS SO ORDERED.

7  Dated: ___5/21/13_____

   PHILIP S. GUTIERREZ
   _____
   HONORABLE PHILIP S. GUTIERREZ
   United States District Judge